WILLIAMS *et al*. *vs*. THE STATE OF GEORGIA.

[This case was argued at the last term and decision reserved.]

The evidence was sufficient to warrant the jury in finding that the burglary was committed by the prisoners in the night-time as charged.

Criminal law. Burglary. New trial. Before Judge TOMPKINS. Chatham Superior Court. May Term, 1877.

Report unnecessary.

R. D. WALKER, by brief, for plaintiffs in error.

A. B. SMITH, solicitor general, for the state.

BLECKLEY, Judge.

The clear and thoughtful written argument of Mr. Walker has failed to convince us that the jury should have

entertained a reasonable doubt of its being dark when the burglary was committed. While the occupant of the room states that it was between seven and nine o'clock, (the date being the eleventh of April), she states also that her business in the room at the former hour was to get a lamp, and that all was then right. It would thus seem that there was no burglary until it was late enough for lamps to be needed. Moreover, the entry was made from the street through a window, and the goods which were taken out and carried away were two counterpanes, two blankets, a cloak and a dress. The burglars opened the shutter and raised the sash, entering from the street. There is every probability that they would want the cover of darkness to hide their proceedings, and there is very little, if any, doubt that they had it. We th nk the conviction warranted by the evidence. Mr. Walker cited 53 *Ga.*, 567 ; 48 *Ib.*, 509 ; 4 Blackstone's Com., 224 ; 3 Greenleaf's Ev., §75 ; 3 Chit. Cr. Law, 1104, 1108 ; Bishop's Cr. Law, §163 ; 1 Hale's P. C., 550, 551 ; 10 N. H., 105.

Judgment affirmed.